HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHADDE GHNEIM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a Verizon Wireless, a Delaware partnership,<br><br>Defendant. | Case No. 2:17-cv-01117 RSL<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF EXPERT DISCLOSURE DEADLINE |

**COME NOW** the parties, Shadde Ghneim and Cellco Partnership dba Verizon Wireless, and stipulate, agree, and move the Court to enter an order extending the deadline for disclosure of expert witnesses. The current deadline for reports from expert witnesses is April 4, 2018. The parties respectfully request that the deadline be extended to May 4, 2018, as they are actively engaged in discovery but require additional time to determine whether and to what extent expert testimony may be required to appropriately prepare and present this matter for trial.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 5th day of April, 2018.

CORR DOWNS PLLC

s/Jacob M. Downs
Jacob M. Downs, WSBA #37982
Attorneys for Plaintiff

DATED this 5th day of April, 2018.

JACKSON LEWIS P.C.

s/ Barry Alan Johnsrud
Barry Alan Johnsrud, WSBA #21952
Chad E. Arceneaux, WSBA #40442
Attorneys for Defendant

STIPULATED MOTION AND ORDER FOR EXTENSION OF
EXPERT DISCLOSURE DEADLINE- 1
(Case No 2:17-cv-01117 RSL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED; the deadline for reports from expert witnesses under FRCP 26(a)(2) is hereby extended to May 4, 2018.

Dated this 9th day of April, 2018.

_____
THE HONORABLE ROBERT L. LASNIK

STIPULATED MOTION AND ORDER FOR EXTENSION OF
EXPERT DISCLOSURE DEADLINE- 2
(Case No 2:17-cv-01117 RSL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404