HONORABLE ROBERT L. LASNIK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHADDE GHNEIM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a Verizon Wireless, a Delaware partnership,<br><br>Defendant. | Case No. 2:17-cv-01117 RSL<br><br><br>STIPULATION AND<br>RULE 502(d) ORDER |

## I. STIPULATION

The parties stipulate and agree that the production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, should not constitute a waiver of the privilege or protection from discovery in this case or in any other proceeding. The Court's Order should be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). Any party receiving evidence that is potentially privileged should promptly return such evidence to the producing party and, if disputed, returned evidence may be the subject of discovery conference and motion practice.

The Court's Order should not serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregate privileged and/or protected information before production.

STIPULATION AND RULE 502(d) ORDER - 1
(Case No 2:17-cv-01117 RSL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

DATED this 22nd day of June, 2018.     DATED this 22nd day of June, 2018.

CORR DOWNS PLLC                         JACKSON LEWIS P.C.


*s/Jacob Downs*                          *s/Barry Alan Johnsrud*
Jacob M. Downs, WSBA #37982              Barry Alan Johnsrud, WSBA #21952
Joseph P. Corr, WSBA #36584              Sherry L. Talton, WSBA #42780
Attorneys for Plaintiff                  Attorneys for Defendant

## II. ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated this 27th day of June, 2018.

Robert S. Lasnik
United States District Judge

Presented by:

DATED this 22nd day of June, 2018.     DATED this 22nd day of June, 2018.

CORR DOWNS PLLC                         JACKSON LEWIS P.C.


*s/Jacob Downs*                          *s/Barry Alan Johnsrud*
Jacob M. Downs, WSBA #37982              Barry Alan Johnsrud, WSBA #21952
Joseph P. Corr, WSBA #36584              Sherry L. Talton, WSBA #42780
Attorneys for Plaintiff                  Attorneys for Defendant

STIPULATION AND RULE 502(d) ORDER - 2
(Case No 2:17-cv-01117 RSL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404